July 21, 2019

By ECF

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York  11201

                                                RE:  US  v. Rahmel Smith
                                                Indictment No. 19-cr-137 (ARR)

Your Honor:

       On behalf of my client, Rahmel Smith, I respectfully submit this letter motion setting forth our requests of the Government, pursuant to Rule 12 of the Federal Rules of Criminal Procedure:

1) The production of all relevant documents, reports, records and materials under Rule 16;

2) The immediate disclosure of all *BRADY* material;

3) The immediate disclosure of all *GIGLIO* material and *JENKS ACT material;*

4) Notice of any statements made by Rahmel Smith to law-enforcement authorities that the Government intends to introduce at trial during its direct case;

5) Notice of any Rule 404(b) material the Government intends to introduce at trial;

6) Any further relief the Court deems just, fair and proper.

Dated: New York, New York
July 21, 2019

                                            Respectfully submitted,

                                            Jeremy F. Orden, Esq.
                                            Attorney for Rahmel Smith